DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANA SCHWALB,**
Appellant,

v.

**JARED SCHWALB,**
Appellee.

Nos. 4D2023-0904 and 4D2023-1313

[August 8, 2024]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 50-2019-DR-007098-XXXX-SB.

Jay M. Levy of Jay M. Levy, P.A., Miami, for appellant.

Sarah A. Vitulli of Rudolph & Associates, LLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***